No. 729
### MAGNOLIA REALTY CO. v. HUNTER
Ohio Appeals, Third District, Crawford County
No. 865.  July 6, 1923

This opinion has not been published except in Ab

**115. CORPORATIONS.**

Dissolution proceedings—Absence of bill of exceptions to report and of motion for new trial precludes passing on referee's findings.

HUGHES, J.

#### Epitomized Opinion

Action under the chapter in the Code beginning with 11938 GC. providing for the dissolution of corporations.  The petition was filed, notice given and a referee appointed to take the testimony in relation thereto and to make his report to the court. The report was filed to which defendants filed exceptions.  Plaintiff made a motion to confirm the report.  The court confirmed the report and entered a judgment dissolving the corporation.  A motion for a new trial was then made and the court heard and overruled it.  A bill of exceptions was then prepared including all the evidence taken before the referee, which was presented to the court and

signed by him. Defendants now prosecute error to reverse the judgment. Held:

Upon the filing of the referee's report a motion for a new trial should have been made before him and upon its denial a bill of exceptions should have been presented to him for allowance. There was no motion for new trial or bill of exceptions before the referee, and hence this court cannot pass upon the question whether his findings and conclusions are supported by the evidence.

The only question before this court is whether the trial court was justified in entering a judgment of dissolution upon the findings made by the referee. This court finds that the trial court was so justified. No error.

Attorneys—W. J. Geer, for Hunter; Gallinger & McCarron, for Realty Co.